UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON

ROBERT BLAKE,[1]

       Plaintiff,

v.                                    Case No. 2:10-cv-01124

TRUSTEE CLERK ABBIE HART,

       Defendant.

_____

ROBERT JOSEPH BLAKE,

       Plaintiff,

v.                                    Case No. 2:10-cv-01242

MARY ANN KENDRECK,
NATE KENDRECK,
ANOTHER CO,
SGT. PRICE MAZE,
LT. TAYLER, and
JEREMY ARBOGAHST,

       Defendants.

_____

ROBERT BLAKE,

       Plaintiff,

v.                                    Case No. 2:10-cv-01320

LISA R. FRYE,
REC. BE MORE,
CO NATE KENDRICK, and
REC. TIMOTHY PERRY,

_____

[1]  Mr. Blake sometimes sues as "Robert Joseph Blake."

                          Defendants.

━━━━━━━━━━━━━━━━━━

ROBERT BLAKE,

              Plaintiff,

v.                                    Case No. 2:10-cv-01321

WARDEN DAVID BALLARD,

              Defendant.

━━━━━━━━━━━━━━━━━━

ROBERT BLAKE,

              Plaintiff,

v.                                    Case No. 2:10-cv-01322

JESSICA MILLER, Counselor, and
CO RAY MAZE,

              Defendants.

━━━━━━━━━━━━━━━━━━

ROBERT BLAKE,

              Plaintiff,

v.                                    Case No. 2:10-cv-01323

BE MORE,
CO BUNCH,
INMATE RECHEY, and
CO MAZE,

              Defendants.

━━━━━━━━━━━━━━━━━━

ROBERT BLAKE,

              Plaintiff,

v.                                    Case No. 2:10-cv-01324

**ABBIE HART, Trustee Clerk,**
**SGT. PRICE MAZE, and**
**LT. DAVID MILLER,**

        **Defendants.**

_____

**ROBERT BLAKE,**

        **Plaintiff,**

**v.**                                    **Case No. 2:10-cv-01325**

**CO DAVID TONY and**
**ANOTHER CO,**
**INMATE RAUCH,**
**INMATE RECHEY,**
**CO WADE,**
**INMATE LIEA BROWN, and**
**BABY G., Inmate,**

        **Defendants.**

_____

**ROBERT BLAKE,**

        **Plaintiff,**

**v.**                                    **Case No. 2:10-cv-01331**

**VALORIE ADKINS,**
**Case Manager, Quilliams II,**
**SGT. PRICE MAZE,**
**LT. DAVID MILLER, and**
**CAPT. CAUTILL,**

        **Defendants.**

_____

**ROBERT BLAKE,**

        **Plaintiff,**

**v.**                                    **Case No. 2:10-cv-01353**

MATAINENTE,
WARDEN DAVID BALLARD,
DEPUTY WARDEN MARVIN PLUMLEY, and
CAPTAIN STEVE CAUDILL,

          Defendants.

_____

ROBERT BLAKE,

          Plaintiff,

v.                                    Case No. 2:11-cv-00030

COUNSELOR JOEY ELLIOTT,
INMATE WOLF,
INMATE BABY G. and
INMATE LARE BROWN,

          Defendants.

_____

ROBERT BLAKE,

          Plaintiff,

v.                                    Case No. 2:11-cv-00031

CO BRADE,
CO SGT.
Work Sunday, Monday, Tuesday, Wednesday, and
CO TIE,

          Defendants.

_____

ROBERT BLAKE,

          Plaintiff,

v.                                    Case No. 2:11-cv-00136

KEEFE COMMISSARY,

          Defendant.

## PROPOSED FINDINGS AND RECOMMENDATION

In an Order entered March 8, 2011, the undersigned set forth the plaintiff's litigation history and found that while he was incarcerated or detained, the plaintiff had filed at least three actions in a court of the United States which were dismissed as frivolous, malicious or for failure to state a claim. The undersigned also found that these cases do not allege any facts which indicate that the plaintiff is under imminent danger of serious physical injury. Accordingly, pursuant to the provisions of 28 U.S.C. § 1915(g), the Court denied the plaintiff's applications to proceed without prepayment of fees and costs and directed him to pay the $350 filing fee for each case which he wished to pursue, in full, by April 8, 2011. As of this date, the plaintiff has failed to pay the $350 filing fee in any of these cases.

The undersigned proposes that the presiding District Judge adopt the findings in the Order entered March 8, 2011, and find that the plaintiff has failed to pay the $350 filing fee in any of these cases. It is respectfully **RECOMMENDED** that these cases be dismissed with prejudice.

The plaintiff is notified that this Proposed Findings and Recommendation is hereby **FILED**, and a copy will be submitted to the Honorable Thomas E. Johnston, United States District Judge. Pursuant to the provisions of Title 28, United States Code, Section

636(b)(1)(B), and Rules 6(d) and 72(b), Federal Rules of Civil Procedure, the plaintiff shall have fourteen days (filing of objections) and three days (mailing) from the date of filing this Proposed Findings and Recommendation within which to file with the Clerk of this Court, specific written objections, identifying the portions of the Proposed Findings and Recommendation to which objection is made, and the basis of such objection. Extension of this time period may be granted for good cause shown.

Failure to file written objections as set forth above shall constitute a waiver of de novo review by the District Court and a waiver of appellate review by the Circuit Court of Appeals. Snyder v. Ridenour, 889 F.2d 1363 (4th Cir. 1989); Thomas v. Arn, 474 U.S. 140 (1985); Wright v. Collins, 766 F.2d 841 (4th Cir. 1985); United States v. Schronce, 727 F.2d 91 (4th Cir. 1984). Copies of such objections shall be provided to Judge Johnston.

The Clerk is directed to file this Proposed Findings and Recommendation in each case and to mail a copy of the same to the plaintiff.

April 26, 2011
    Date

Mary E. Stanley
Mary E. Stanley
United States Magistrate Judge

6